# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:                                                    FLORIDA OFFICE:

15 Park Pl.                                            1451 W Cypress Creek Road

2nd fl., Ste 4                                                         Suite 300

Bronxville, NY 10708                                      Ft. Lauderdale, FL 33309

Phone: (646) 992-8383                                      Phone: (954) 884-5040

Fax: (718) 504-6962                                           Fax: (754) 484-3121

*\*\*mail all correspondence*

May 6, 2026

Honorable Robyn F. Tarnofsky                    **Letter Motion:**
United States Magistrate Judge                   **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Leonardo Medina v. Comm'r of SSA  1:25-cv-10791-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's opening brief is due on May 6, 2026.  Due to an influx of CAR filings, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, until July 6, 2026. No previous request for an extension has been made in this case. Counsel for Plaintiff emailed Defendant for consent to this request, but has not yet received a reply. Notwithstanding, Plaintiff does not anticipate any objection.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,                  Application **GRANTED**. Plaintiff's brief shall be filed by **July 6, 2026**. Defendant's brief shall be filed by **September 4, 2026**; and Plaintiff's reply, if any, shall be filed by **September 18, 2026**.

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax                       The Clerk of Court is respectfully requested to terminate ECF 12.

Cc:  Kristina Cohn, Esq.   (Via ECF)     Dated: May 7, 2026          SO ORDERED
        Attorney for Defendant.                  New York, NY

                                                                    ROBYN F. TARNOFSKY
                                                                    UNITED STATES MAGISTRATE JUDGE