# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

July 2, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Second Extension of Time Request**

**Re: Leonardo Medina v. Comm'r of SSA 1:25-cv-10791-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on July 6, 2026. Plaintiff's counsel has not been able to complete the briefing due an unforeseen leave in June that has affected the briefing calendar. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 45 days, through and including August 20, 2026. This is Plaintiff's second request for an extension in this case. The Defendant has given consent and further requests that Defendant's brief be likewise extended to 45 days from Plaintiff's new due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Kristina Danielle Cohn, Esq. (Via ECF)
Attorney for Defendant.

Application **GRANTED**. Plaintiff's brief shall be filed by **August 20, 2026**; Defendant's Opposition shall be filed by **October 5, 2026**. Plaintiff's reply, if any, shall be filed by **October 19, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 14.

Dated: July 7, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE