# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

August 18, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion: Third Extension of Time Request**

**Re: Leonardo Medina v. Comm'r of SSA 1:25-cv-10791-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 20, 2026. Plaintiff's Counsel remains behind in briefing, and has incurred staffing changes that have impacted progress in briefing. Notwithstanding, the instant matter is on the calendar for completion on or before September 8, 2026. Accordingly, Plaintiff respectfully requests the Court indulge this third and final request for a short 19-day extension of time. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

> Plaintiff's Opening Brief due September 08, 2026;
> Defendant's Response Brief due November 9, 2026;
> Plaintiff's Reply Brief, if any, due November 23, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

<ins>/s/Eddy Pierre Pierre</ins>
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Application **GRANTED.** Plaintiff's brief shall be filed by **September 8, 2026**. Defendant's response shall be filed by **November 9, 2026**; and Plaintiff's reply, if any, shall be filed by **November 23, 2026**. No further extensions shall be granted absent very good cause shown.

The Clerk of Court is respectfully requested to terminate ECF 16.

Dated: August 19, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Cc: Kristina Danielle Cohn , Esq. (Via ECF)
Attorney for Defendant.